THE  PHILADELPHIA  TRUST,  SAFE  DEPOSIT  COMPANY,  Trustee  et  als.,
In  Equity,

*vs.*

WILLIAM  C.  ALLISON.

Hancock  County.    Decided  February  21,  1911.    The  rescript
says :    "This  case  is  reported  on  bill  and  demurrer,  with  a  stipula-
tion  that  the  Law  Court  shall  direct  final judgment.    The  plaintiffs'
claim,  if  sustainable,  necessarily  rests  upon  the jurisdiction  of  the
Court  of  Common  Pleas  of  Philadelphia  to  adjudge  a  woman  an
habitual  drunkard,  and  to  appoint  a  committee  of  her  person  and
property,  and further,  upon  the jurisdiction  of  that  court  to  authorize
her  committee  to  consent  for  her  to  the  sale  of  real  estate  as  set  out
in  the  bill.    Upon  inspection  of  the  bill,  the  court  finds  that  while
it  is  alleged  that  the  woman  was  "duly"  declared  an  habitual
drunkard,  there  is  no  allegation  expressly,  or  by  legal  implication
that  the  Court  of  Common  Pleas  of  Philadelphia  had  jurisdiction
either  to  appoint  a  committee  of  the  person  and  estate,  or  to  make
such  a  decree  as  the  one  described  in  the  bill.    This  omission  is
apparently  an  inadvertance,  and  ought  not  to  preclude  the  plaintiffs.
Demurrer  sustained.    Report  discharged.    Bill  retained  for  amend-
ment."    *Symonds, Snow, Cook & Hutchinson*,  for  plaintiffs.
*E. B. Mears, and L. B. Deasy*,  for  defendant.

---

ALPHONSE  TREMBLAY  *vs.*  A.  M.  GARCELON  AND  L.  P.  DUCHARME.

Androscoggin  County.    Decided  February, 1911.    Action  on  the
case  against  the  defendants,  physicians  and  surgeons,  for  alleged
malpractice.    Verdict  for  defendant  Garcelon  and  verdict  for  plain-
tiff  against  defendant  Ducharme.    Motion  for  new  trial  by  defend-
ant  Ducharme.    Motion  sustained.    *George S. McCarty, and
Newell & Skelton*,  for  plaintiff.    *McGillicuddy & Morey*,  for
defendant  Garcelon.    *Merrill & Merrill*,  for  defendant  Ducharme,